IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:19CR109 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TONY MERKSICK, | |
| Defendant. | |

This matter is before the court on Defendant's Amended MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS [27]. For good cause shown, I find that the motion should be granted. Pretrial Motions shall be filed by July 24, 2019.

**IT IS ORDERED:**

1. Defendant's Amended MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS [27] is granted. Pretrial motions shall be filed on or before July 24, 2019.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between July 22, 2019, and July 24, 2019, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 23rd day of July, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge